| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF KENTUCKY |
| Case number *(if known)*                                Chapter    **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **B3 Electric LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-2889378** |

| 4. | Debtor's address | **Principal place of business**<br><br>**307 Devasher Road**<br>**Russellville, KY 42276**<br>Number, Street, City, State & ZIP Code<br><br>**Logan**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | **www.B3electric.com** |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |
|---|---|---|

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 1

| Debtor | **B3 Electric LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2382__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **B3 Electric LLC**                                                                   Case number (*if known*)
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____         Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor **B3 Electric LLC** _____  Case number (*if known*) _____

Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **B3 Electric LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 12, 2023**
MM / DD / YYYY

**X** **/s/ John Baker**
Signature of authorized representative of debtor

**John Baker**
Printed name

Title **Member**

**18. Signature of attorney**

**X** **/s/ Robert C. Chaudoin**
Signature of attorney for debtor

Date **October 12, 2023**
MM / DD / YYYY

**Robert C. Chaudoin 84351**
Printed name

**Harlin Parker**
Firm name

**519 E. 10th Street**
**P.O. Box 390**
**Bowling Green, KY 42102-0390**
Number, Street, City, State & ZIP Code

Contact phone **270-842-5611**    Email address **chaudoin@harlinparker.com**

**84351 KY**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | B3 Electric LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| ADT Commercial Attn: Bankruptcy Dept. P.O. Box 382109 Pittsburgh, PA 15251-8109 | | Security | | | | $22,575.59 |
| Automation Direct Attn: Bankruptcy Dept. P.O. Box 402417 Atlanta, GA 30384-2417 | | Industrial Automation Control Products | | | | $10,049.35 |
| Capybara Capital Attn: Bankruptcy Dept 6501 Congress Ave, Suite 140 Boca Raton, FL 33487 | | Future Receipts | | $178,750.00 | $496,119.16 | $178,750.00 |
| Card Services Center Attn: Bankruptcy PO Box 71205 Charlotte, NC 28272-1205 | | Credit Card | | | | $7,916.00 |
| Carr, Riggs & Ingram Attn: Bankruptcy PO Box 104 Bowling Green, KY 42102-0104 | | | | | | $4,500.00 |
| Cayce Mill Attn: Bankruptcy 2225 Pembroke Road Hopkinsville, KY 42240 | | Electrical Supplies | | | | $28,255.15 |

| Debtor | B3 Electric LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Consolidated Electrical Distributors<br>Attn: Bankruptcy Dept<br>PO Box 936350<br>Atlanta, GA 31193-6350 | | Electrical Supplies | | | | $341,910.91 |
| Fora Financial<br>Attn: Bankruptcy Dept<br>333 SE Second Ave, Suite 3420<br>Miami, FL 33131 | | Future Receipts | | $364,130.96 | $890,225.60 | $364,130.96 |
| Green River Rentals<br>Attn: Bankruptcy Department<br>1606 South Green Street<br>Glasgow, KY 42141 | | Equipment Rental | | | | $4,173.83 |
| Lowe's<br>Attn: Bankruptcy Dept<br>PO Box 669821<br>Dallas, TX 75266-0775 | | Credit - Building & Electrical Products | | | | $10,101.17 |
| Martin Leasing Group<br>Attn: Bankruptcy<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | | 2023 Trail Maxx A210 (3) - Leased to On-Site Logistics, LLC | | $62,925.03 | $57,969.00 | $4,956.03 |
| Richard Holloway<br>12978 Orndorff Mill Road<br>Olmstead, KY 42265 | | Equipment | | $215,646.02 | $496,119.16 | $215,646.02 |
| Small Business Administration<br>Office of Capital Access<br>409 Third St. SW, Suite 8200<br>Washington, DC 20416 | | All assets | | $500,000.00 | $890,225.60 | $86,269.20 |
| Sunstate Equipment<br>Attn: Bankruptcy Dept<br>PO Box 208439<br>Dallas, TX 75320-8439 | | Equipment Rental | | | | $4,894.08 |

Debtor  **B3 Electric LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Thompson Machinery** Attn: Bankruptcy Dept PO Box 735638 Dallas, TX 75373-5638 | | Equipment | | | | $17,250.00 |
| **United Rentals** Attn: Bankruptcy PO Box 100711 Atlanta, GA 30384-0711 | | | | | | $6,695.33 |
| **Vox Funding** Attn: Bankruptcy Department 14 E. 44th Street, 4th Floor New York, NY 10017 | | Future Receipts | | $337,250.00 | $352,599.83 | $337,250.00 |
| **Wex Bank** Attn: Bankruptcy PO Box 4337 Carol Stream, IL 60197-4337 | | | | | | $37,742.76 |
| **Wicked Kolors LLC** Attn: Bankruptcy PO Box 30218 Clarksville, TN 37040 | | Concrete Restoration and Coating | | | | $4,500.00 |
| **Zoro Tools** Attn: Bankruptcy Dept PO Box 5233 Janesville, WI 53547-5233 | | Tools | | | | $4,379.16 |

# United States Bankruptcy Court
### Western District of Kentucky

In re: __B3 Electric LLC__  
Debtor(s)

Case No. _____  
Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __October 12, 2023__

/s/ John Baker  
__John Baker__/__Member__  
Signer/Title

```
ADT Commercial
Attn: Bankruptcy Dept.
P.O. Box 382109
Pittsburgh, PA 15251-8109

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438

Ally Financial
Attn: Bankruptcy Department
P.O. Box 380902
Minneapolis, MN 55438

Ally Financial
Attn: Bankruptcy Dept
P.O. Box 380902
Minneapolis, MN 55438

Automation Direct
Attn: Bankruptcy Dept.
P.O. Box 402417
Atlanta, GA 30384-2417

Capybara Capital
Attn: Bankruptcy Dept
6501 Congress Ave, Suite 140
Boca Raton, FL 33487

Card Services Center
Attn: Bankruptcy
PO Box 71205
Charlotte, NC 28272-1205

Carr, Riggs & Ingram
Attn: Bankruptcy
PO Box 104
Bowling Green, KY 42102-0104

Cayce Mill
Attn: Bankruptcy
2225 Pembroke Road
Hopkinsville, KY 42240

CIT Bank
Attn: Bankruptcy

Citi Bank Mastercard
Attn: Bankruptcy
P.O. Box 183113
Columbus, OH 43218
```

```
Consolidated Electrical Distributors
Attn: Bankruptcy Dept
PO Box 936350
Atlanta, GA 31193-6350

Delaware Dept of Transportation
PO BOX 697
Dover, DE 19903-0697

Diamond Screw
Attn: Bankruptcy
2564 Russellville Road
Bowling Green, KY 42104

Discount Tire
Attn: Bankruptcy
PO Box 842349
Los Angeles, CA 90084-2349

First Citizens Bank & Trust
Attn: Bankruptcy
155 Commerce Way
Portsmouth, NH 03801

Fora Financial
Attn: Bankruptcy Dept
333 SE Second Ave, Suite 3420
Miami, FL 33131

Grainger Industrial Supply
Attn: Bankruptcy Dept
1021 Dr. Martin L. King Jr Blvd
Nashville, TN 37203-5741

Green River Rentals
Attn: Bankruptcy Department
1606 South Green Street
Glasgow, KY 42141

Heidelberg Materials
Attn: Bankruptcy Dept
PO Box 412345
Boston, MA 02241-2345

Independence Bank
Attn: Bankruptcy Dept
2425 Frederica St
Owensboro, KY 42301

Lowe's
Attn: Bankruptcy Dept
PO Box 669821
Dallas, TX 75266-0775
```

```
Martin Leasing Group
Attn: Bankruptcy
PO Box 13604
Philadelphia, PA 19101-3604

Plumbers Supply
Attn: Bankruptcy Dept
PO Box 634623
Cincinnati, OH 45263-4623

R. L. Craig Co. Inc.
Attn: Bankruptcy Dept
11524 Commonwealth Dr
Louisville, KY 40299

Richard Holloway
12978 Orndorff Mill Road
Olmstead, KY 42265

Rubber & Gasket
Attn: Bankruptcy Dept
3905 East Progress Street
North Little Rock, AR 72114

Small Business Administration
Office of Capital Access
409 Third St. SW, Suite 8200
Washington, DC 20416

Sunstate Equipment
Attn: Bankruptcy Dept
PO Box 208439
Dallas, TX 75320-8439

Thompson Machinery
Attn: Bankruptcy Dept
PO Box 735638
Dallas, TX 75373-5638

UL LLC
Attn: Bankruptcy Dept
75 Remittance Drive, Suite 1524
Chicago, IL 60675-1524

United Rentals
Attn: Bankruptcy
PO Box 100711
Atlanta, GA 30384-0711

Vox Funding
Attn: Bankruptcy Department
14 E. 44th Street, 4th Floor
New York, NY 10017
```

```
Wex Bank
Attn: Bankruptcy
PO Box 4337
Carol Stream, IL 60197-4337

Wicked Kolors LLC
Attn: Bankruptcy
PO Box 30218
Clarksville, TN 37040

Zoro Tools
Attn: Bankruptcy Dept
PO Box 5233
Janesville, WI 53547-5233
```

# United States Bankruptcy Court
## Western District of Kentucky

In re  **B3 Electric LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **B3 Electric LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 12, 2023**

Date

**/s/ Robert C. Chaudoin**

**Robert C. Chaudoin 84351**

Signature of Attorney or Litigant

Counsel for **B3 Electric LLC**

**Harlin Parker**

**519 E. 10th Street**
**P.O. Box 390**
**Bowling Green, KY 42102-0390**
**270-842-5611 Fax:270-842-2607**
**chaudoin@harlinparker.com**